IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NETEXIT, INC., *et al.,* | : | Case No.  04-11321 (JLP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |
| NETEXIT, INC., | : | Adversary Proceeding |
| | : | |
| Plaintiff, | : | No. 05-50388 (JLP) |
| | : | |
| v. | : | |
| | : | |
| THE COMPTROLLER OF THE CITY OF NEW YORK, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NETEXIT, INC.'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Netexit, Inc., hereby appeals under 28 U.S.C. § 158(a) from the Order Denying Debtor's Motion for Temporary Restraining Order and Preliminary Injunction Staying Petition Before Office of Administrative Trials and Hearings [Adv. Pro. Docket No. 17] entered on May 11, 2005.

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**Attorneys for Comptroller of the City of New York**

Rita Dumain, Esq.
Barbara Moretti, Esq.
Office of Corporation Counsel of The City Of New York
100 Church Street, Room 5-234
New York, NY  10007
Telephone (212) 788-0434

NY55/457022.1

Dated: Wilmington, Delaware
       May 20, 2005

                                      Respectfully submitted,

                                      /s/ David L. Finger_____
                                      David L. Finger (DE Bar ID #2556)
                                      Finger & Slanina, LLC
                                      One Commerce Center
                                      1201 Orange St., Suite 725
                                      Wilmington, DE  19801-1155
                                      (302) 884-6766

                                            - and -

                                      PAUL, HASTING, JANOFSKY & WALKER LLP
                                      Jesse H. Austin, III, Esq.
                                      Karol K. Denniston, Esq.
                                      600 Peachtree Street, N.E., 24th Floor
                                      Atlanta, GA 30308
                                      404/815-2400
                                      404/815-2424 facsimile

                                      Counsel For Netexit, Inc., Debtor
                                      and Debtor In Possession

## CERTIFICATE OF SERVICE

I, David L. Finger, hereby certify that on this 20th day of May, 2005, I caused a copy of the foregoing Notice of Appeal to be served via first-class mail, postage prepaid, on the below-listed counsel of record, to the extent that service is not effectuated via CM/ECF:

> Rita Dumain, Esq.
> Barbara Moretti, Esq.
> Office of Corporation Counsel of The City Of New York
> 100 Church Street, Room 5-234
> New York, NY 10007
>
> Mark Kenny, Esq.
> Office of the United States Trustee
> 844 King St., Ste. 2313
> Wilmington, DE 19801

/s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange St., Suite 725
Wilmington, DE 19801-1155
(302) 884-6766

NY55/457022.1