UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of Court
David D. Bird

824 Market Street
Wilmington DE 19801
(302) 252-2900

**Date: 6/14/05**

To: Peter Dalleo, Clerk
   U.S. District Court
   U.S. Courthouse
   Wilmington DE 19801

**Re:**     Netexit, Inc. V. The Comptroller of the City of New York

**Bankruptcy Case No:**         04-11321 (JLP)

**Adversary Case No:**          05-50388

Attached is the bankruptcy Record on Appeal #05-40.  Appellee designations were not received by the Bankruptcy Court.  Please acknowledge receipt on the copy provided.

Sincerely,

David Bird, Clerk


By:   /s/Lori Coster
      Deputy Clerk


I hereby acknowledge receipt of the above Record on Appeal this _____day of _____, 2003.


By: _____
    Deputy Clerk, U.S. District Court

# TRANSMITTAL SHEET FOR NOTICE OF APPEAL TO THE
# U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**Adversary Case #:** 05-50388
**Related Bankruptcy Case #:** 04-11321 JLP
**District Court Civil Action#:**

| | |
|---|---|
| **Deputy Clerk Transferring Case:** | Lori M. Coster |
| **Case Type:** | Adversary |
| **Nature of Suit:** | 434 |
| **Cause of Transmittal:** | Notice of Appeal |
| **Parties:** | Netexit, Inc. V. The Comptroller of the City of New York |

**Plaintiff's Counsel:**

David L. Finger

Finger & Slanina, LLC

One Commerce Center

1201 Orange Street, Suite 725

Wilmington, DE 19801-1155

302 884-6766

Fax : 302-984-1294

Email: dfinger@delawgroup.com

**Defendant's Counsel:**

Barbara Moretti

City of New York

100 Church Street

New York, NY 10007-2601

(212) 788-0434

LEAD ATTORNEY    Rita D. Dumain
New York City Law Department
100 Church Street
Room 6-123
New York, NY 10007
usa
212-788-0838
Fax : 212-788-8716
Email: rdumain@law.nyc.gov