IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NETEXIT, INC., *et al.,* | : | Case No. 04-11321 (RB) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |
| NETEXIT, INC., | : | Adversary Proceeding |
| | : | |
| Plaintiff, | : | No. 05-50388 (RB) |
| | : | |
| v. | : | |
| | : | |
| THE COMPTROLLER OF THE CITY OF NEW YORK, | : : | |
| | : | |
| Defendant. | : : | |

**DESIGNATION OF DOCUMENTS FOR THE RECORD
AND STATEMENT OF ISSUES ON APPEAL**

Netexit, Inc. ( "Netexit"), by and through its undersigned counsel and pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby files this Designation of Documents for the Record and Statement of Issues on Appeal in connection with its appeal from the Order Denying Debtor's Motion for Temporary Restraining Order and Preliminary Injunction Staying Petition Before Office of Administrative Trials and Hearings [Adv. Proc. Docket No. 17].

[CONTINUES ON NEXT PAGE]

NY55/458732.1

**Designation of Documents for the Record**

|    | Adv. Pro. Docket No. | Description |
|----|----------------------|-------------|
| 1  | 1  | Verified Complaint For Declaratory, Temporary And Permanent Injunctive Relief |
| 2  | 2  | Verification to Complaint |
| 3  | 4  | Debtor's Motion For Temporary Restraining Order And Preliminary Injunction Staying Petition Before Office Of Administrative Trials And Hearings |
| 4  | 5  | Memorandum Of Law In Support Of Plaintiff's Motion For Temporary Restraining Order And Preliminary Injunction Staying Petition Before Office Of Administrative Trials And Hearings |
| 5  | 7  | Order (I) to Show Cause Why the Comptroller of the City of New York is not in Violation of the Automatic Stay; (II) to Compel Appearance at March 8, 2005 Hearing; and (III) Staying all Proceedings Before the City of New York Office of Administrative Trials & Hearings |
| 6  | 11 | Response of the Comptroller of the City of New York in Opposition to the Debtor's Order to Show Cause |
| 7  | 12 | Memorandum of Law of the Comptroller of the City of New York in Opposition to the Debtor's Order to Show Cause |
| 8  | 14 | Supplemental Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction Staying Petition Before Office of Administrative Trials and Hearings |
| 9  | 15 | Supplemental Memorandum of Law of the Comptroller of the City of New York in Further Opposition to Debtor's Order to Show Cause |
| 10 | 16 | Memorandum Opinion Denying Debtor's Motion for Temporary Restraining Order and Preliminary Injunction Staying Petition Before Office of Administrative Trials and Hearings |
| 11 | 17 | Order Denying Debtor's Motion for Temporary Restraining Order and Preliminary Injunction Staying Petition Before Office of Administrative Trials and Hearings |

**Statement of Issues on Appeal**

1.\t Whether the Bankruptcy Court erred in denying Netexit's Motion For Temporary Restraining Order And Preliminary Injunction Staying Petition Before Office Of Administrative Trials And Hearings (Adv. Pro. Docket No. 4).

2.\t Whether the Bankruptcy Court erred in determining that it lacked subject matter jurisdiction to adjudicate the Comptroller of the City of New York's (the "Comptroller") claims on the basis that they are New York State Labor Law claims.

3.\t Whether the Bankruptcy Court erred in determining that the Comptroller's Notice of Hearing and Petition (the "Petition"), LL Case No. 20021215, before the Office of Administrative Trials and Hearing seeks to enforce the Comptroller's police or regulatory power.

4.\t Whether the Bankruptcy Court erred in failing to determine that the Comptroller's Petition violated the automatic stay of 11 U.S.C. § 362(a).

5.\t Whether the Bankruptcy Court erred in failing to determine that by filing a proof of claim in the Debtors' substantively consolidated Chapter 11 cases the Comptroller subjected itself to the exclusive jurisdiction of the Bankruptcy Court to determine such claim and thereby waived its sovereign immunity.

[CONCLUDES ON NEXT PAGE]

Dated: Wilmington, Delaware
       May 27, 2005

                    Respectfully submitted,

                    /s/ David L. Finger
                    David L. Finger (DE Bar ID #2556)
                    Finger & Slanina, LLC.
                    One Commerce Center
                    1201 Orange St., Suite 725
                    Wilmington, DE  19801-1155
                    (302) 884-6766

                            - and -

                    PAUL, HASTING, JANOFSKY & WALKER LLP
                    Jesse H. Austin, III, Esq.
                    Karol K. Denniston, Esq.
                    600 Peachtree Street, N.E., 24th Floor
                    Atlanta, GA 30308
                    404/815-2400
                    404/815-2424 facsimile

                    ***Counsel For Netexit, Inc.***

## CERTIFICATE OF SERVICE

I, David L. Finger, hereby certify that on this 27th day of May, 2005, I caused a copy of the foregoing Designation of Documents for the Record and Stipulation of Issues on Appeal to be served via first-class mail, postage prepaid, on the below-listed counsel of record, to the extent that service is not effectuated via CM/ECF:

>Rita Dumain, Esq.
>Barbara Moretti, Esq.
>Office of Corporation Counsel of The City Of New York
>100 Church Street, Room 5-234
>New York, NY  10007

>Mark Kenny, Esq.
>Office of the United States Trustee
>844 King St., Ste. 2313
>Wilmington, DE  19801

>/s/ David L. Finger
>David L. Finger (DE Bar ID #2556)
>Finger & Slanina, LLC
>One Commerce Center
>1201 Orange St., Suite 725
>Wilmington, DE  19801-1155
>(302) 884-6766