# Paul Hastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street · New York, NY 10022
telephone 212 318-6000 · facsimile 212 319 4090 · www.paulhastings.com

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
New York
Orange County
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, D.C.

(212) 318-6715
stephenstarr@paulhastings.com

February 4, 2005

56693.00034

*Via Facsimile (212) 815-8773 and Regular Mail*

Gregory Hunt
Staff Attorney
Bureau of Labor Law
Office of the Comptroller
1 Centre St., Room 1120
New York, NY 10007

      Re: *The Comptroller of the City of New York v. Netexit, Inc.*
         *f/k/a Expanets, Inc.*
         LL Case No. 20021215

Dear Mr. Hunt:

  Thank you for taking the time to speak with Richard Pins and me yesterday. As explained, Mr. Pins and his firm, Leonard, Street and Deinard, P.A., are counsel to Netexit, Inc. ("Netexit") in the above-captioned matter, and my firm, Paul, Hastings, Janofsky & Walker, LLP, serves as bankruptcy counsel to Netexit.

  As you know, on May 4, 2004, Netexit filed for protection under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (Case No. 04-11321-CGC). As explained during our conversation, Netexit is no longer operating businesses. In that regard, I have attached the Affidavit of Kendall G. Kliewer, a vice president of Netexit, wherein you will find his sworn statement of this fact. (*See* ¶ 8.)

  The purpose of yesterday's call was twofold. First, we wanted to advise you that we believe your Notice of Hearing and Petition in the above matter constitute a violation of the automatic stay. Second, we wanted to offer an alternative to our seeking an order of the Bankruptcy Court staying any action arising out of that Notice and Petition. To that end, we indicated that we would be willing to enter into an agreement with your office to make a Netexit representative and any relevant records available to you pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, provided that you agreed to voluntarily stay your action pending further proceedings by the Bankruptcy Court.

NY55/431409.1

February 4, 2005
Page 2

After consulting colleagues in your office, you advised us that you have no interest in our offer or, for that matter, voluntarily staying the above-captioned action. Instead, you explained that our only real options, short of Netexit initiating an adversary proceeding and moving for a temporary restraining order from the Bankruptcy Court to enforce the automatic stay, were to begin settlement discussions in earnest and/or appear at the hearing scheduled for March 21 and 22, 2005.

While, again, we appreciate your time and candor, we believe, as we explained at the end of our call, that we are left with no choice but to move for an order of the Bankruptcy Court staying the Notice and Petition. Please advise us if, at any point, your position on this matter changes.

Sincerely,

Stephen Z. Starr
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

SZS/ckp

Encls.

cc:   Thomas J. Knapp, Esq. *via* e-mail
      Richard Pins, Esq. *via* e-mail
      Karol Denniston, Esq. *via* e-mail

NY55/431409.1