## VERIFICATION OF KENDALL G. KLIEWER

I, Kendall G. Kliewer, Vice President of Netexit, having personal knowledge of the information set forth below, make this Verification.

1. I have reviewed the Verified Complaint for Declaratory, Temporary and Permanent Injunctive Relief, including all factual allegations contained therein.

2. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Kendall G. Kliewer

Dated: February 8, 2005

**Error! Unknown document property name.**