IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NETEXIT, INC., *et al.*, | : | Case No. 04-11321 (JLP) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| NETEXIT, INC., | : | Adversary Proceeding |
| | : | No. 05-50388 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE COMPTROLLER OF THE CITY OF NEW YORK, | : | |
| | : | |
| Defendant. | : | |

ORDER (I) TO SHOW CAUSE WHY THE COMPTROLLER OF THE CITY OF NEW YORK IS NOT IN VIOLATION OF THE AUTOMATIC STAY; (II) TO COMPEL APPEARANCE AT MARCH 8, 2005 HEARING; AND (III) STAYING ALL PROCEEDINGS BEFORE THE CITY OF NEW YORK OFFICE OF ADMINISTRATIVE TRIALS & HEARINGS

Upon Netexit, Inc.'s ("Netexit" or the "Debtor") Verified Complaint for Declaratory, Temporary and Permanent Injunctive Relief [Docket No. 1] (the "Verified Complaint"), Verification of Kendall G. Kliewer [Docket No. 2], Adversary Proceeding Cover Sheet [Docket No. 3], Debtor's Motion for Temporary Restraining Order and Preliminary Injunction Staying Petition Before Office of Administrative Trials and Hearings [Docket No. 4], and the Memorandum of Law in Support of Plaintiff's Debtor's Motion for Temporary Restraining Order and Preliminary Injunction Staying Petition Before Office of Administrative Trials and Hearings [Docket No. 5] filed on or about

ATL/1089589.1

February 9, 2005 and the Court having heard the statements of counsel regarding the relief requested in the Verified Complaint; it is hereby

**ORDERED**, that the Comptroller of the City of New York (the "Comptroller") show cause before the Honorable John L. Peterson, at the U.S. Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington Delaware 19801 on March 8, 2005 at 9:30 a.m. (EST), why the Comptroller is not in violation of the automatic stay under Section 362 of the Bankruptcy Code; and it is further

**ORDERED**, that the Comptroller show cause why the Verified Complaint of the Debtor for a temporary restraining order and preliminary injunction should not be granted as follows:

1. Enforcing the automatic stay and staying the Petition against Netexit; and
2. Ordering that the prosecution of the Petition against Netexit is preliminarily enjoined until further order of the Court.

**ORDERED**, that the Comptroller appear before this Court on March 8, 2005 at 9:30 a.m. to respond to this order to show cause; and it is further

**ORDERED**, that all proceedings before the City of New York Office of Administrative Trials and Hearings to which Netexit is a party, including, but not limited to, The Comptroller of the City of New York against Netexit, Inc., LL Case No. 20021215, are hereby stayed until further order of this Court.

Dated: February 14, 2005
Wilmington, Delaware

_____
The Honorable John L. Peterson
United States Bankruptcy Judge

ATL/1089539.1

2