**EXHIBIT C**

Individual Claimants List

| Claimant | Claim Number | Claim Amount |
|---|---|---|
| Felix Adames | 199 | $206,607.13 |
| Wayne R. Belnavis | 201 | $394,078.96 |
| Luidgy Casimir | 204 | $167,087.56 |
| David Daniels | 211 | $87,478.00 |
| Jose Fernandez | 203 | $293,205.90 |
| Victor Ibarra | 193 | $289,131.92 |
| Secudino Lebron | 194 | $306,985.22 |
| Eugenio Magan | 206 | $231,828.69 |
| Oliver May | 205 | $101,976.00 |
| Walter McLeod | 198 | $162,995.00 |
| Mike Roger | 210 | $121,224.96 |
| Santos Paredes | 197 | $351,074.58 |
| Rubin D. Rivera | 196 | $315,557.00 |
| Robert Suero | 191 | $274,128.05 |
| Luis Taveras | 235 | $287,207.86 |
| James Winston | 202 | $239,489.32 |

# **EXHIBIT D**

Petition

BEFORE THE CITY OF NEW YORK
OFFICE OF ADMINISTRATIVE TRIALS & HEARINGS          OATH Index
_____X          No.  051220

The Comptroller of the City of New York,

                         Petitioner,                              Notice of Hearing
                                                                           &
                                                                       Petition

            /against/
                                                              LL Case No. 20021215

Netexit, Inc., f/k/a/ Expanets, Inc.,

                         Respondent.

for violation of New York State  Labor Law § 220 *et seq.*
_____X

## NOTICE OF HEARING BEFORE OATH

**PLEASE TAKE NOTICE** that pursuant to New York State Labor Law § 220 *et seq.* a
hearing, under oath, will be held in the Office of Administrative Trials and Hearings ("OATH"),
40 Rector Street, 6th Floor, New York, N.Y. 10006, at 9:30 A.M. on March 21-22, 2005.  The
purpose of the hearing is to determine whether you violated the New York State Labor Law, as
alleged in the annexed petition.

    **PLEASE TAKE FURTHER NOTICE** that counsel or other representatives
representing Netexit, Inc., f/k/a/ Expanets, Inc. ("Expanets") must file a notice of appearance
with OATH before the hearing begins.  OATH's published rules of practice and procedure
appear in title 48 of the Rules of the City of New York, and copies of said rules are available at
OATH's office.[1]

    **PLEASE TAKE FURTHER NOTICE** that pursuant to OATH's rules of practice,
subchapter C, § 1-23 you have the right to file an answer to the petition within (i) eight days of
service of the petition if service is personal, or (ii) thirteen days of service of the petition if
service is by mail.

_____

[1]      For additional information about OATH, visit its website at www.nyc.gov/html/oath.

LL Case No. 20021215                                    Page 2

**PLEASE TAKE FURTHER NOTICE** the Comptroller's Labor Law Hearing Practice and Procedure for adjudicating § 220 disputes before OATH may be found at 44 RCNY Chap. 2 (§ 2.01 *et seq.*) (2001).

**PLEASE TAKE FURTHER NOTICE** that the Administrative Law Judge assigned to the case will decide requests for adjournments; you must make your application as soon as the need for the adjournment becomes apparent to you.

**PLEASE TAKE FURTHER NOTICE** that you must produce at the hearing all original books and records relating to the wages paid and supplements provided by Expanets to the workers, laborers and mechanics it employed on the New York City public works project referenced in the annexed petition.

**PLEASE TAKE FURTHER NOTICE** that if you fail to appear the assigned administrative law judge will hear testimony, accept evidence and base a determination thereon.

**PLEASE TAKE FINAL NOTICE** that after the hearings conclude, the Comptroller will enter a final order in accordance with New York State Labor Law § 220 *et seq.*

Dated: January 26, 2005
New York, New York


                                    Gregory Hunt
                                    Staff Attorney, Bureau of Labor Law
                                    Office of the Comptroller of NYC
                                    1 Centre Street, Rm. 1120
                                    New York, NY 10007
                                    Tel: (212) 669-4746
                                    Fax: (212) 815-8773

On Behalf of
                                    **William C. Thompson, Jr.**
                                    **Comptroller, City of New York**

LL Case No. 20021215                                            Page 3

## PETITION

**WHEREAS,** Expanets, as the prime contractor, performed work on the following City of New York, Human Resources Administration ("HRA") contract:

> a) HRA contract Number: 20020001339, providing Telecommunications Maintenance and Support Services at various locations throughout the city of New York.[2]

**WHEREAS,** Expanets willfully violated the labor law by failing to pay the complainants[3] collectively hereinafter referred to as "Workers," classification: Electrician A, prevailing wages and bona fide wage supplements and failed to produce any original books and records relating to the wages paid and supplements provided by Expanets to the Workers.

**WHEREAS,** Netexit, Inc. ("Netexit"), the successor in interest of Expanets, is liable for Expanets' labor law violations.

**NOW, THEREFORE,** this petition seeks the following specific findings by OATH:

> 1)      Expanets willfully violated § 220 (3) of the New York State Labor Law by failing to pay prevailing wages and bona fide wage supplements to the Workers, classification Electrician A employed on the above-mentioned contract as calculated in the attached "Summary of Underpayment."[4]

> 2)      Pursuant to § 220-b(3)(b) of the New York State Labor Law, as a consequence of its willful violation of the above-mentioned contract, Expanets shall be on probation for a period of five years from the date thereof and subject to debarment if it willfully violates New York State Labor Law § 220 *et seq.* within the prescribed probationary period; and

> 3)      Pursuant to §§ 220(8) and 220-b(2)(c) of the New York State Labor Law, Expanets is accessed the statutory interest rate of sixteen percent (16%) per annum from the date of each underpayment to the date of payment is now due; and

> 4)      Pursuant to New York State Labor Law §§ 220 (8) and 220-b(2)(d), Expanets is assessed a twenty-five percent (25%) civil penalty.

---

2      For a list of the locations, *see* Ex. A.
3      For a complete list of the complainants, *see* Ex. B.
4      The Complete Summary of Underpayment, *see* Ex. C.

LL Case No. 20021215                                            Page 4

    5)     Netexit, the successor in interest of Expanets, is liable for Expanets' § 220 *et seq*. violations, including interest and civil penalty.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **Compliance period:** | July 2001 – August 2003 |
| **Public Works Project:** | Telecommunications Maintenance & Support Services |
| **Trade/Classification:** | Electrician A |
| **Wage violation:** | Failure to pay prevailing Electrician A wages: $37.00 per hour for a regular workday; $55.50 per hour, which is time-and-one-half, for work performed after a seven-hour workday |
| **Supplements violation:** | Failure to provide bona fide supplemental benefits, the cash equivalent of such benefits, or a combination of benefits and cash equal to the cost of prevailing Electrician A benefits: $27.58 per hour for a regular workday; $29.90 per hour for work performed after a seven-hour workday |
| **Total Violation:** | $2, 630,054.90 (including interest and civil penalty as of 01/25/05) |
| **Withheld Funds By NYC Comptroller:** | $137,839.47 (as of 01/25/05)[5] |

---

[5]    For Copy of Stop Payment Vouchers, *see* Ex. 1.

EXHIBIT A

## Location Site

## Borough

| | |
|---|---|
| 1. 2 Washington Street | Manhattan |
| 2. 210 Livingston Street | Brooklyn |
| 3. 250 Livingston Street | Brooklyn |
| 4. 109 E. 16th Street | Manhattan |
| 5. 260 E. 161st Street | Bronx |
| 6. 555 E. Tremont Avenue | Bronx |
| 7. 45 Nevins Street | Brooklyn |
| 8. 330 W. 34th Street | Manhattan |
| 9. 1209 Colgate Street | Bronx |
| 10. 1790 Grand Concourse | Bronx |
| 11. 98 Flatbush Avenue | Brooklyn |
| 12. 94 Flatbush Avenue | Brooklyn |
| 13. 201 Bay Street | Staten Island |
| 14. 260 11th Avenue | Manhattan |
| 15. 88 3rd Avenue | Brooklyn |
| 16. 1265 Westchester Avenue | Bronx |
| 17. 1138 Longfellow Street | Bronx |
| 18. 32-28 Northern Boulevard | Queens |
| 19. 32-20 Northern Boulevard | Queens |
| 20. 4472 3rd Avenue | Bronx |
| 21. 450 West 41st Street | Manhattan |
| 22. 1250 E. 229th Street | Bronx |
| 23. 414 E. 147th Street | Bronx |
| 24. 234 E. 149th Street | Bronx |
| 25. 441 Clarkson Avenue | Brooklyn |
| 26. 12 West 14th Street | Manhattan |
| 27. 35-20 Richmond Terrace | Staten Island |
| 28. 260 11th Avenue | Manhattan |
| 29. 6740 4th Avenue | Brooklyn |
| 30. 1365 Jerome Avenue | Bronx |
| 31. 250 Church Street | Manhattan |
| 32. 192 E. 151st Street | Bronx |
| 33. 109 E. 16th Street | Manhattan |
| 34. 32-20 & 33-28 Northern Blvd. | Queens |
| 35. 710 Hendrix Street | Brooklyn |
| 36. 220 Beach 87th Street | Queens |
| 37. 103 Clinton Street | Brooklyn |
| 38. 260 161st Street | Bronx |
| 39. 330 West 34th street | Manhattan |
| 40. 1 Hoyt Street | Brooklyn |
| 41. 3050 W. 21st Street | Brooklyn |
| 42. 2865 West 87th Street | Brooklyn |
| 43. 235 Schermerhorn | Brooklyn |
| 44. 35 4th Avenue | Brooklyn |
| 45. 132 W. 125th Street | Manhattan |
| 46. 400 8th Avenue | Manhattan |
| 47. 305 Ryder Avenue | Bronx |
| 48. 90-75 Suphin Blvd. | Queens |
| 49. 9250 Livingston Street | Brooklyn |

## Location Site

50. 250 Church Street
51. 107 85 West
52. 330 West 34th Street
53. 37-25 East River
54. 64-40 Bay Ridge
55. 260 E. 161st Street
56. 11 Warren Street
57. 1790 Grand Concourse

## Borough

Manhattan
Manhattan
Manhattan
Manhattan
Brooklyn
Bronx
Brooklyn
Bronx

EXHIBIT B

Gregory Hunt
Counsel
Bureau of Labor Law
Office of the Comptroller of New York City


**Name of Complainants**

Adams, Felix A.

Belnavis, Wayne R.

Casimir, Luidgy

Daniels, David

Fernandez, Jose

Ibarra, Victor

Lebron, Secudino

Magan, Eugenio

may, Oliver

McLeod, Walter

Mike, Roger

Paredes, Santos

Rivera, Rubin D.

Suero, Robert

Taveras, Luis

Winston, James

EXHIBIT C

## SUMMARY OF UNDERPAYMENT
## EAGLE AN EXPANETS COMPANY

| EMPLOYEE FIRST | LAST | VIOLATION | | INTEREST OF 16% CAL TO 01/25/05 | | TOTAL VIOLATION W/INTEREST | |
|---|---|---|---|---|---|---|---|
| Felix A. | Adams | $ | 35,389.07 | $ | 19,236.61 | $ | 54,625.68 | |
| Wayne R. | Belnavis | $ | 97,646.36 | $ | 45,683.65 | $ | 143,330.00 | * |
| Luidgy | Casimir | $ | 67,392.44 | $ | 27,691.35 | $ | 95,083.79 | |
| David | Daniels | $ | 68,955.68 | $ | 33,736.37 | $ | 102,692.05 | |
| Jose | Fernandez | $ | 104,814.34 | $ | 47,344.02 | $ | 152,158.36 | |
| Victor | Ibarra | $ | 113,775.28 | $ | 52,138.12 | $ | 165,913.39 | * |
| Secudino | Lebron | $ | 107,531.37 | $ | 49,404.02 | $ | 156,935.39 | |
| Eugenio | Magan | $ | 112,099.57 | $ | 49,594.32 | $ | 161,693.88 | * |
| Oliver | May | $ | 83,814.32 | $ | 32,913.37 | $ | 116,727.69 | |
| Walter | McLeod | $ | 61,938.56 | $ | 24,662.29 | $ | 86,600.85 | |
| Roger | Mike | $ | 20,085.96 | $ | 8,023.23 | $ | 28,109.19 | |
| Santos | Paredes | $ | 121,266.66 | $ | 54,204.08 | $ | 175,470.73 | * |
| Rubin D. | Rivera | $ | 116,505.68 | $ | 53,380.90 | $ | 169,886.58 | |
| Robert | Suero | $ | 120,869.57 | $ | 54,672.32 | $ | 175,541.89 | |
| Luis | Taveras | $ | 116,032.13 | $ | 52,819.28 | $ | 168,851.41 | |
| James | Winston | $ | 103,278.32 | $ | 47,144.71 | $ | 150,423.03 | |
| | | $ 1,451,395.29 | | $ | 652,648.63 | $ | 2,104,043.92 | |

Civil Penalty @ 25%: $ 526,010.98

$ 2,630,054.90

* Difference due to rounding

NAME: Felix A. Adams
SSN: 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
COMPANY: EagleSat (Express Company)

LOCATION: Various Locations
CLASSIFICATION: Electrician "A"
CONTRACT #: 2002003110

| PERIOD ENDING | STRA HRS WORKED | OT HRS WORKED | TOTAL HRS HOURS | CONTR WAGES PAID | CONTR BENEFITS PAID | CONTR GROSS PAID | PREV STRA RATE | PREV STRA GROSS | PREV OT RATE | PREV OT GROSS | PREV WAGE GROSS | WAGE DIFF | PREV SUPP BENEFIT UP TO HRS | PREV SUPP BNFT HRS GROSS | PREV SUPP BNFT OT | PREV SUPP BNFT OT GROSS | PREV SUPP GROSS | BENEFIT DIFF | TOTAL VACATION | INT CAL APR TO | DAILY APR 1% | INTEREST ACCRUED | TOTAL VACATION WORK/INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

This audit was performed in the following manner:
hours worked and wages paid were taken from the contractor's payroll journal.

NAME: Varper R. Dolmarle
SS#: 0314-64-6532
COMPANY: Esgle (an Esplanle Company)

LOCATION: Various Locations
CLASSIFICATION: Electrician "A"
CONTRACT #: 2002001339

This audit was performed in the following manner:
hours worked and wages paid were taken from the contractor's payroll journal.

NAME:
SSN:
COMPANY: Luigi Caine
07-624-1831
Edgerton Espanola Company)

LOCANDER:
CLASSIFICATION:
CONTRACT #:

Various Locations
Electrician "A"
2002031029

| PERIOD ENDING | STRA HRS WORKED | OT HRS WORKED | TOTAL HRS WORKED | CONTR WAGES PAID | CONTR BENEFITS PAID | CONTR GROSS PAID | PREV STRA RATE | PREV STRA GROSS | PREV OT RATE | PREV OT GROSS | PREV WAGE GROSS | WAGE DIFF | PREV SUPP BENEFIT UP TO HRS | PREV SUPP BNFT THIS GROSS | PREV SUPP BNFT | PREV SUPP BNFT OT GROSS | PREV SUPP GROSS | BENEFIT DIFF | TOTAL VIOLATION | INT CAL CAL APR HR | DAILY | INTEREST VIOLATION ACCRUED | TOTAL VIOLATION WINTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

This audit was performed in the following manner:
hours worked and wages paid were taken from the contractor's payroll journal.

NAME: David Daniels
SS#: 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
COMPANY: Eagle (an Expanko Company)

LOCATION: Various Locations
CLASSIFICATION: Electrician "A"
CONTRACT #: 2020009 1019

This audit was performed in the following manner:
hours worked or wages paid were taken from the contractor's payroll journal

| PERIOD ENDING | STRA HRS WORKED | OT HRS WORKED | TOTAL HRS HOURS | CONTR WAGES PAID | CONTR BENEFITS PAID | CONTR GROSS PAID | PREV STRA RATE | PREV STRA GROSS | PREV OT RATE | PREV OT GROSS | PREV WAGE GROSS | WAGE DIFF | PREV SUPP BENEFIT UP TO THRS | PREV SUPP BNFT THRS GROSS | PREV SUPP BNFT OT | PREV SUPP BNFT OT GROSS | PREV SUPP GROSS | BENEFIT DIFF | TOTAL VIOLATION | INT CALC APPR TO | DAILY CAL 15% | INTEREST ACCRUED | TOTAL VIOLATION W/INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAME: Jose Fernandez
SS#: 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
COMPANY: Expo (as Expando Company)

LOCATION: Various Locations
CLASSIFICATION: Electrician "A"
CONTRACT#: 2022200328

| PERIOD ENDING | ST/RA HRS WORKED | OT HRS WORKED | TOTAL HRS HOURS | CONTR WAGES PAID | CONTR BENEFITS PAID | CONTR GROSS ST/RA GROSS | PREV ST/RA RATE | PREV OT RATE | PREV OT GROSS | PREV WAGE GROSS | WAGE DIFF | PREV SUPP BENEFIT UP TO 7 HRS | PREV SUPP BNFT 7HRS GROSS | PREV SUPP BNFT OT | PREV SUPP BNFT OT GROSS | PREV SUPP GROSS | BENEFIT DIFF | TOTAL VIOLATION | INT TOT DAILY COMPAN TOT | INTEREST DAILY COMPAN INT | INTEREST VIOLATION ACCRUED | TOTAL VIOLATION W/INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

This audit was performed in the following manner:
hours worked and wages paid were taken from the contractor's payroll journal.

NAME: Victor Sears
SSN: 564-121-1472
COMPANY: Eagle Iron Express Company

LOCATION: Various Locations
CLASSIFICATION: Georgetown "A"
CONTRACT #: 2020/2021/20...

| PERIOD ENDING | STRA HRS WORKED | OT HRS WORKED | TOTAL HRS HOURS | CONTR WAGES PAID | CONTR BENEFITS PAID | CONTR GROSS PAID | PREV STRA RATE | PREV STRA GROSS | PREV OT RATE | PREV OT GROSS | PREV WAGE GROSS | WAGE DIFF | PREV SUPP BENEFIT UP TO 7 HRS | PREV SUPP BNFT THRS GROSS | PREV SUPP BNFT OT | PREV SUPP BNFT OT HRS | PREV SUPP BNFT GROSS | BENEFIT DIFF | TOTAL VIOLATION | INT DAILY CAL APR N/A | INTEREST VIOLATION ACCRUED | TOTAL VIOLATION W/INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

This audit was performed in the following manner: hours worked and wages paid were taken from the contractor's payroll journal.

NAME:
SS#:
COMPANY: Deadline Larson
                10-15-1983
                Expix (an Expensx Company)

LOCATION: Various Locations
CLASSIFICATION: Electrician "A"
CONTRACT #: 2000045533

| PERIOD ENDING | STRA HRS WORKED | OT HRS WORKED | TOTAL HRS HOURS | CONTR WAGES PAID | CONTR BENEFITS PAID | CONTR GROSS PAID | PREV STRA RATE | PREV STRA GROSS | PREV OT RATE | PREV OT GROSS | PREV WAGE GROSS | WAGE DIFF | PREV SUPP BENEFIT UP TO 7 HRS | PREV SUPP BNFT 7 HRS GROSS | PREV SUPP BNFT OT | PREV SUPP BNFT OT GROSS | PREV SUPP GROSS | BENEFIT DIFF | TOTAL VIOLATION | INT COL TO | DAILY APR 18% | INTEREST ACCRUED | TOTAL VIOLATION W/INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

This audit was performed in the following manner:
hours worked and wages paid were taken from the contractor's payroll journal.

NAME: Espinola Mayan
SSN:
COMPANY: Gajus (an Express Company)

LOCATION: Various Locations
CLASSIFICATION: Electrician "A"
CONTRACT #:

Column headers: PERIOD ENDING | STRA HRS WORKED | OT HRS WORKED | TOTAL HRS WORKED | CONTR WAGES PAID | CONTR BENEFITS PAID | CONTR GROSS PAID | PREV STRA RATE | PREV STRA GROSS | PREV OT RATE | PREV OT GROSS | PREV WAGE GROSS | WAGE DIFF | PREV SUPP BENEFIT UP TO 7 HRS | PREV SUPP BNFT GROSS | PREV SUPP BNFT OT | PREV SUPP BNFT OT GROSS | PREV SUPP GROSS | BENEFIT DIFF | TOTAL VIOLATION | INT CAL TO | DAILY CAL APR HRS | INTEREST ACCRUED | TOTAL VIOLATION W/INTEREST

This audit was performed in the following manner:
Hours worked and wages paid were taken from the contractor's payroll journal.

NAME: Walter McLeod
SSF: 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
COMPANY: Eagle (at Escamia Company)

LOCATION: Various Locations
CLASSIFICATION: Electrician "A"
CONTRACT #:

This audit was performed in the following manner:
Hours worked and wages paid were taken from the contractor's payroll journal.

| PERIOD ENDING | STRA HRS WORKED | OT HRS WORKED | TOTAL HRS HOURS | CONTR WAGES PAID | CONTR BENEFITS PAID | CONTR GROSS PAID | PREV STRA RATE | PREV STRA GROSS | PREV OT RATE | PREV OT GROSS | PREV WAGE GROSS | WAGE DIFF | PREV SUPP BENEFIT UP TO 7 HRS | PREV SUPP BNFT THRS GROSS | PREV SUPP BNFT OT | PREV SUPP BNFT OT GROSS | PREV SUPP GROSS | BENEFIT DIFF | TOTAL VIOLATION | INT CAL TO | DAILY APR 15% | INTEREST ACCRUED | TOTAL VIOLATION W/INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAME: Reger Alex
SSF:
COMPANY: Eagle (an Equemns Company)

LOCATION: Various Locations
CLASSIFICATION: Electrician "A"
CONTRACT #: 20020301139

| PERIOD ENDING | STRA HRS WORKED | OT HRS WORKED | TOTAL HRS HOURS | CONTR WAGES PAID | CONTR BENEFITS PAID | CONTR GROSS PAID | PREV STRA RATE | PREV STRA GROSS | PREV OT RATE | PREV OT GROSS | PREV WAGE GROSS | WAGE DIFF | PREV SUPP BENEFIT UP TO 7 HRS | PREV SUPP BNFT THIS GROSS | PREV SUPP BNFT OT | PREV SUPP BNFT OT GROSS | PREV SUPP GROSS | BENEFIT DIFF | TOTAL VIOLATION | INT CAL APR 18% | DAILY VIOLATION INTEREST ACCRUED | TOTAL VIOLATION W/INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAME:
SSF:
COMPANY: Senate Panesta
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
Eagle Iron Express (Company)

LOCATION: Various Locations
CLASSIFICATION: Electrician "A"
CONTRACT #: 20030001128

| PERIOD ENDING | STRA HRS WORKED | OT HRS WORKED | TOTAL HRS WORKED | CONTR WAGES PAID | CONTR BENEFITS PAID | CONTR GROSS PAID | PREV STRA RATE | PREV STRA GROSS | PREV OT RATE | PREV OT GROSS | PREV WAGE GROSS | WAGE DIFF | PREV SUPP BENEFIT UP TO 7 HRS | PREV SUPP BNFT 7HRS GROSS | PREV SUPP BNFT OT GROSS | PREV SUPP GROSS | BENEFIT DIFF | TOTAL VIOLATION | INT CALC APPLIES TO | DAILY COMPOUND INT HRS | INTEREST ACCRUED | TOTAL VIOLATION W/INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

This audit was performed in the following manner:
hours worked and wages paid were taken from the contractor's payroll journal.

NAME: Ruben D. Rivera
SSF: 5514-4146
COMPANY: Eagle (an Empanel) Company

LOCATION: Various Locations
CLASSIFICATION: Electrician "A"
CONTRACT #: 2020202039

This audit was performed in the following manner:
Hours worked and wages paid were taken from the contractor's payroll journal.

| PERIOD ENDING | STRA HRS WORKED | OT HRS WORKED | TOTAL HRS HOURS | CONTR WAGES PAID | CONTR BENEFITS PAID | CONTR GROSS | PREV STRA RATE | PREV STRA GROSS | PREV OT RATE | PREV OT GROSS | PREV WAGE GROSS | WAGE DIFF | PREV BENEFIT ST HRS | PREV SUPP BENT THRS GROSS | PREV SUPP BENT OT | PREV SUPP BENT OT GROSS | PREV SUPP GROSS | BENEFIT DIFF | TOTAL VIOLATION | INT CAL TO | DAILY COMPOUND APR 15% | INTEREST ACCRUED | TOTAL VIOLATION WINTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

COMPANY:

NAME: Roberto Saenz
SS#: 061-##-####
Eagle (an Dynamic Company)

LOCATION: Various Locations
CLASSIFICATION: Electrician "A"
CONTRACT #: 20035001139

This audit was performed in the following manner:
Hours worked and wages paid were taken from the contractor's payroll journal.

| PERIOD ENDING | STRA HRS WORKED | OT HRS WORKED | TOTAL HRS WORKED | CURR WAGES PAID | CURR BENEFITS PAID | CURR GROSS PAID | PREV STRA RATE | PREV STRA GROSS | PREV OT RATE | PREV OT GROSS | PREV WAGE GROSS | WAGE DIFF | PREV SUPP BENEFIT UP TO 7 HRS | PREV SUPP BENFT 7HRS GROSS | PREV SUPP BNFT OT | PREV SUPP BNFT OT GROSS | PREV SUPP GROSS | BENEFIT DIFF | TOTAL VIOLATION | INT CALCUL TBL | DAILY APPR 11% | INTEREST ACCRUED | TOTAL VIOLATION W/INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAME: Luis Taveras
SS#: 07-142-1533
COMPANY: Eagle Eye Express Company

LOCATION: Various Locations
CLASSIFICATION: Electrician "A"
CONTRACT #: 2002001239

| PERIOD ENDING | STRA HRS WORKED | OT HRS WORKED | TOTAL HRS HOURS | CONTR WAGES PAID | CONTR BENEFITS PAID | CONTR GROSS PAID | PREV STRA RATE | PREV STRA GROSS | PREV OT RATE | PREV OT GROSS | PREV WAGE GROSS | WAGE DIFF | PREV SUPP BENEFIT UP TO 7 HRS | PREV SUPP BNFT THIS GROSS | PREV SUPP BNFT OT | PREV SUPP BNFT OT GROSS | PREV SUPP GROSS | BENEFIT DIFF | TOTAL VIOLATION | INT CALCS TO | DAILY APR IN % | INTEREST ACCRUED | TOTAL VIOLATION W/INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAME: James Winston
SSN: 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
COMPANY: Exparian Exparian Company

LOCATION: Various Locations
CLASSIFICATION: Electrician "A"
CONTRACT #: 2000269310

| PERIOD ENDING | STRA HRS WORKED | OT HRS WORKED | TOTAL HRS HOURS | CONTR WAGES PAID | CONTR BENEFIT PAID | CONTR GROSS PAID | PREV STRA RATE | PREV STRA GROSS | PREV OT RATE | PREV OT GROSS | PREV WAGE GROSS | WAGE DIFF | PREV SUPP BENEFIT UP TO 7 HRS | PREV SUPP BNFT 7HRS GROSS | PREV SUPP BNFT OT | PREV SUPP BNFT OT GROSS | PREV SUPP GROSS | BENEFIT DIFF | TOTAL VIOLATION | INT CAL TO | DAILY APR VIO | INTEREST ACCRUED | TOTAL VIOLATION MONTH&INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | |

*Table data illegible at this resolution.*

This audit was performed in the following manner:
Hours worked and wages paid were taken from contractor's payroll journal.

EXHIBIT 1

**Open Payment Voucher Header Inquiry**

Payee/Vendor

Code: 0001372791

Current Assignee: 0001365332  1

Payment Assignment Type

Name: EAGLE INTERCOMMUNICATIONS INC

OBO: EAGLE AN EXPANETS COMPANY

ATTN: AN EXPANETS COMPANY

Address: 137 COMMERCIAL STREET

City / State / Zip: PLAINVIEW    NY  11803-2412

Country

Voucher Number: 858  5VR0071

Document Entry Type: PVE

Description:

Offset Liability Account: 4001

Budget Fiscal Year: 05

Payment Options

Single Payment: Yes

Check Category: HH

EFT: No

**Voucher Dates**

| | |
|---|---|
| Date of Record | 09 / 21 / 04 |
| System Acceptance Date | 09 / 21 / 04 |
| Scheduled Payment Date | / / |
| Closing Date | / / |
| Interest Eligibility Date | 10 / 14 / 04 |

**Voucher Status**

| | |
|---|---|
| Current PAP Status | PLL |
| Last PAP Start Date | 09 / 21 / 04 |
| Last PAP Removal Date | / / |
| Days Previously PAPed | .000 |

**Amounts**

| | |
|---|---|
| Original Amount | 17,000.00 |
| Voucher Amount | 17,000.00 |
| Total Quantity | 0.000 |
| Freight Amount | 0.00 |
| Retained Amount | 0.00 |
| Discount Amount | 0.00 |
| Payment Amount | 17,000.00 |
| Withheld Amount | 0.00 |
| Disbursed Amt | 0.00 |
| Closed Amount | 0.00 |
| Outstanding Amt | 17,000.00 |

**Open Payment Voucher Header Inquiry**

Payee/Vendor

Code: 0001377279

☐ Override Internal Address

Current Assignee: 0001365332   1

Payment Assignment Type

Name: EAGLE INTERCOMMUNICATIONS INC

OBO: EAGLE AN EXPANETS COMPANY

ATTN:

Address: 137 COMMERCIAL STREET

City / State / Zip: PLAINVIEW    NY   11803-2412

Country:

Voucher Number: 069   C0000037440

Document Entry Type: PVE

Description: TELECOMMUNICATION SERVICES

Offset Liability Account: 4001

Budget Fiscal Year: 04

Payment Options

Single Payment: Yes

Check Category: HH

EFT: No

Amounts

| | |
|---|---|
| Original Amount | 31,244.18 |
| Voucher Amount | 31,244.18 |
| Total Quantity | 0.000 |
| Freight Amount | 0.00 |
| Retained Amount | 0.00 |
| Discount Amount | 0.00 |
| Payment Amount | 31,244.18 |
| Withheld Amount | 0.00 |
| Disbursed Amt | 0.00 |
| Closed Amount | 0.00 |
| Outstanding Amt | 31,244.18 |

Voucher Dates

Date of Record: 04 / 23 / 04

System Acceptance Date: 04 / 23 / 04

Scheduled Payment Date: / /

Closing Date: / /

Interest Eligibility Date: 05 / 18 / 04

Voucher Status

Current PAP Status: PLL

Last PAP Start Date: 04 / 23 / 04

Last PAP Removal Date: / /

Days Previously PAPed: 000

## Open Payment Voucher Header Inquiry

**Payee/Vendor**

| | |
|---|---|
| Code | 0001377291 |

☐ Override Remit Address

**Current Assignee**

0001365332

Payment Assignment Type

Name: EAGLE INTERCOMMUNICATIONS INC

OBO: EAGLE AN EXPANETS COMPANY

ATTN: ANNA KRAUSE, SUITE 100

Address: 137 COMMERCIAL STREET

City / State / Zip: PLAINVIEW   NY   11803-2412

Country:

**Voucher Dates**

| | |
|---|---|
| Date of Record | 04 / 02 / 04 |
| System Acceptance Date | 04 / 02 / 04 |
| Scheduled Payment Date | / / |
| Closing Date | / / |
| Interest Eligibility Date | 04 / 28 / 04 |

**Voucher Number** 069   C0000037007

Document Entry Type: PVE

Description: TELECOMMUNICATION SERVICES

Offset Liability Account: 4001

Budget Fiscal Year: 04

**Payment Options**

| | |
|---|---|
| Single Payment | Yes |
| Check Category | HH |
| EFT | No |

**Voucher Status**

| | |
|---|---|
| Current PAP Status | PCL |
| Last PAP Start Date | 04 / 02 / 04 |
| Last PAP Removal Date | / / |
| Days Previously PAPed | 000 |

**Amounts**

| | |
|---|---|
| Original Amount | 58,673.29 |
| Voucher Amount | 58,673.29 |
| Total Quantity | 0.000 |
| Freight Amount | 0.00 |
| Retained Amount | 0.00 |
| Discount Amount | 0.00 |
| Payment Amount | 58,673.29 |
| Withheld Amount | 0.00 |
| Disbursed Amt | 0.00 |
| Closed Amount | 0.00 |
| Outstanding Amt | 58,673.29 |

## Open Payment Voucher Header Inquiry

**Payee**

Code: 0001377276

☐ Override Name/Address

Name: EAGLE INTERCOMMUNICATIONS INC.

OBO: EAGLE AN EXPANETS COMPANY

ATTN:

Address: 137 COMMERCIAL STREET

City / State / Zip: PLAINVIEW    NY   11803-2412

County:

Current Assignee: .0001365332    1

Payment Assignment Type:

Voucher Number: 069   C0000037652

Document Entry Type: PVE

Description: TELECOMMUNICATION SERVICES

Offset Liability Account: 40011

Budget Fiscal Year: 04

**Payment Options**

Single Payment: Yes

Check Category: HH

EFT: No

**Voucher Dates**

Date of Record: 05 / 04 / 04

System Acceptance Date: 05 / 04 / 04

Scheduled Payment Date: / /

Closing Date: / /

Interest Eligibility Date: 05 / 26 / 04

**Voucher Status**

Current PAP Status: PLL

Last PAP Start Date: 05 / 04 / 04

Last PAP Removal Date: / /

Days Previously PAPed: 000

**Amounts**

Original Amount: 30,922.00

Voucher Amount: 30,922.00

Total Quantity: 0.000

Freight Amount: 0.00

Retained Amount: 0.00

Discount Amount: 0.00

Payment Amount: 30,922.00

Withheld Amount: 0.00

Disbursed Amt: 0.00

Closed Amount: 0.00

Outstanding Amt: 30,922.00