## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NETEXIT, INC., *et al.*, f/k/a | ) | Case No. 04-11321 (JLP) |
| EXPANETS, INC., *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |
| NETEXIT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 05-50388 (JLP) |
| | ) | |
| THE COMPTROLLER OF THE CITY | ) | Re: Docket No. 4 |
| OF NEW YORK, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER DENYING DEBTOR'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION STAYING PETITION BEFORE OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS

For the reasons set forth in the Court's Memorandum Opinion of this date, Netexit's Motion for Temporary Restraining Order and Preliminary Injunction Staying Petition Before Office of Administrative Trials and Hearings is DENIED.

Dated: May /*/* , 2005

Honorable John L. Peterson
United States Bankruptcy Judge