IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NETEXIT, INC., *et al.,* | : | Case No. 04-11321 (RB) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |
| NETEXIT, INC., | : | Adversary Proceeding |
| | : | |
| Plaintiff, | : | No. 05-50388 (RB) |
| | : | |
| v. | : | |
| | : | |
| THE COMPTROLLER OF THE CITY | : | |
| OF NEW YORK, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**SUPPLEMENTAL DESIGNATION OF DOCUMENTS FOR
THE RECORD AND STATEMENT OF ISSUES ON APPEAL**

Netexit, Inc., by and through its undersigned counsel and pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby files this Supplement to the Designation of Documents for the Record and Statement of Issues on Appeal in connection with its appeal from the Order Denying Debtor's Motion for Temporary Restraining Order and Preliminary Injunction Staying Petition Before Office of Administrative Trials and Hearings [Adv. Proc. Docket No. 17].

[CONTINUES ON NEXT PAGE]

NY55/460478.1

|    | **Adv. Pro. Docket No.** | **Description** |
|----|--------------------------|-----------------|
| 12 | 410[1]                    | Transcript of March 8, 2005 Hearing Before the Honorable John L. Peterson (pages 10 - 22 thereof) |

Dated:  Wilmington, Delaware
        June 1, 2005

                              Respectfully submitted,


                        */s/ David L. Finger*
                        David L. Finger (DE Bar ID #2556)
                        Finger & Slanina, LLC
                        One Commerce Center
                        1201 Orange St., Suite 725
                        Wilmington, DE  19801-1155
                        (302) 884-6766

                        - and -

                        PAUL, HASTING, JANOFSKY & WALKER LLP
                        Jesse H. Austin, III, Esq.
                        Karol K. Denniston, Esq.
                        600 Peachtree Street, N.E., 24th Floor
                        Atlanta, GA 30308
                        404/815-2400
                        404/815-2424 facsimile

                        *Counsel For Netexit, Inc.*

---

[1] Docket No. 410 in the Netexit, Inc. chapter 11 case (Case No. 04-11321 (RB)).

NY55/460478.1

## CERTIFICATE OF SERVICE

I, David L. Finger, hereby certify that on this 1st day of June, 2005, I caused a copy of the foregoing document to be served via first-class mail, postage prepaid, on the below-listed counsel of record, to the extent that service is not effectuated via CM/ECF:

    Rita Dumain, Esq.
    Barbara Moretti, Esq.
    Office of Corporation Counsel of The City Of New York
    100 Church Street, Room 5-234
    New York, NY  10007

    Mark Kenny, Esq.
    Office of the United States Trustee
    844 King St., Ste. 2313
    Wilmington, DE  19801

    /s/ David L. Finger
    David L. Finger (DE Bar ID #2556)
    Finger & Slanina, LLC
    One Commerce Center
    1201 Orange St., Suite 725
    Wilmington, DE  19801-1155
    (302) 884-6766