IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>Netexit, Inc., et al., | Civil Action No. 05-391 JJF |
| Netexit, Inc.,<br><br>    Appellant,<br><br>v.<br><br>The Comptroller of the City of New York,<br><br>    Appellee. | Chapter 11<br><br>Case No. 04-11321 (RB) |

### STIPULATION AND ORDER HOLDING APPEAL AND MEDIATION THEREIN IN ABEYANCE THROUGH AND INCLUDING SEPTEMBER 30, 2005 PENDING POTENTIAL SETTLEMENT

This Stipulation and Order is entered into between Netexit, Inc. ("Appellant") and the Comptroller of the City of New York ("Appellee"), by and through their respective undersigned counsel on July 21, 2005, with reference to the following facts:

### Recitals

WHEREAS, the above-captioned appeal was docketed on or about June 14, 2005 in this Court; and

WHEREAS, on our about June 22, 2005, the above-captioned appeal was assigned to the Honorable Joseph J. Farnan, Jr., United States District Court Judge; and

WHEREAS, pursuant to the Standing Order of this Court entered on or about July 23, 2004, on or about June 15, 2005, the parties were advised by the mediator assigned to mediate this appeal of his appointment as mediator in this case; and

WHEREAS, thereafter Appellant advised the mediator of a conflict and a replacement mediator has now been appointed; and

WHEREAS, the parties have engaged in settlement negotiations in an effort to reach a global settlement of the disputes between them; and

WHEREAS, to allow the parties time to finalize their settlement negotiations and seek approval from the Bankruptcy Court of any resulting settlement, the parties would like to have the above-captioned appeal and any mediation therein held in abeyance through and including September 30, 2005

**NOW, THEREFORE, IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED AS FOLLOWS:**

Agreement

1. The above-captioned appeal and any mediation therein shall be, and hereby is, held in abeyance through and including September 30, 2005.

**STIPULATED AND AGREED TO:**

OFFICE OF CORPORATION COUNSEL OF THE
CITY OF NEW YORK

By: *Barbara Moretti*
   Rita Dumain, Esq.
   Barbara Moretti, Esq.
100 Church Street, Room 5-234
New York, NY 10007
(212) 788-0434

*Counsel for Appellee*

NY55/471362.2

2

FINGER & SLANINA, LLC

By: /s/ _____
David L. Finger, Esq. (DE BAR #2556)
One Commerce Center
1201 Orange St., Suite 725
Wilmington, DE 19801-1155
(302) 884-6766

- and -

PAUL, HASTING, JANOFSKY & WALKER LLP
Jesse H. Austin, III, Esq.
Karol K. Denniston, Esq.
600 Peachtree Street, N.E., 24th Floor
Atlanta, GA 30308
404/815-2400
404/815-2424 facsimile

*Counsel For Appellant*

**SO ORDERED:**

Dated: Wilmington, Delaware
_____, 2005

                                           _____
                                           THE HONORABLE JOSEPH J. FARNAN, JR.
                                           UNITED STATES DISTRICT COURT JUDGE

NYC LAW DEPARTMENT          Fax:212-788-0937          Jul 20 2005 15:40          P.04