IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETEXIT, INC., et al., | : <br> :Chapter 11 <br> : |
| Debtors. | :Case No. 04-11321 (LHK) <br> : |
| NETEXIT, INC., | : <br> : |
| Appellant, | : <br> : |
| v. | :Civil Action No. 05-391 (JJF) <br> : |
| COMPTROLLER OF THE CITY OF NEW YORK, | : <br> : <br> : |
| Appellee. | : |

### ORDER

WHEREAS, the Court has been advised by David Finger, Esq. that the parties have engaged in settlement negotiations in an effort to reach a global settlement of the disputes between them (D.I. 5).

NOW THEREFORE, IT IS ORDERED that this matter is **STAYED** and **CLOSED** adminstratively. The parties shall file a status letter by October 3, 2005.

August 4, 2005
DATE

UNITED STATES DISTRICT JUDGE