IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>Netexit, Inc., et al., | Civil Action No. 05-391 JJF |
| Netexit, Inc.,<br><br>　　　　　Appellant,<br><br>v.<br><br>The Comptroller of the City of New York,<br><br>　　　　　Appellee. | Chapter 11<br><br>Case No. 04-11321 (RB) |

## STIPULATION AND ORDER DISMISSING APPEAL

This Stipulation and Order is entered into between Netexit, Inc. ("Appellant") and the Comptroller of the City of New York ("Appellee"), by and through their respective undersigned counsel on November 7, 2005, with reference to the following facts:

### Recitals

WHEREAS, the above-captioned appeal was docketed on or about June 14, 2005 in this Court; and

WHEREAS, on our about June 22, 2005, the above-captioned appeal was assigned to the Honorable Joseph J. Farnan, Jr., United States District Court Judge; and

WHEREAS, on or about July 27, 2005, the Stipulation and Order Holding Appeal and Mediation Therein in Abeyance Through and Including September 30, 2005 Pending Potential Settlement was "So Ordered" by this Court; and

LEGAL_US_E # 70163606.1

WHEREAS, on or about August 4, 2005, this Court *sua sponte* entered an order staying the above-captioned appeal and closing it administratively; and

WHEREAS, on or about September 29, 2005, the United States Bankruptcy Court for the District of Delaware entered the Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving: (I) Stipulation Between Netexit, Inc. and the Comptroller of the City of New York Regarding Alleged Violation; and (II) Stipulation Among Netexit, Inc., the Comptroller of the City of New York and Nu-Vision Technologies, Inc. Regarding Penalty Claim (the "Order Approving Settlement Stipulations") in the chapter 11 case of *In re Netexit, Inc., et al.* (case number 04-11321 (RB)); and

WHEREAS, as a result of entry of the Order Approving Settlement Stipulations the issues raised in the above-captioned appeal have been resolved.

**NOW, THEREFORE, IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED AS FOLLOWS**:

### Agreement

1. The above-captioned appeal shall be, and hereby is, dismissed and discontinued *with prejudice* and without costs to either party as against the other.

**STIPULATED AND AGREED TO:**

OFFICE OF CORPORATION COUNSEL OF THE
CITY OF NEW YORK

By: _____
   Rita Dumain, Esq.
   Barbara Moretti, Esq.
100 Church Street, Room 5-234
New York, NY 10007
(212) 788-0434

*Counsel for Appellee*

LEGAL_US_E # 70163606.1

FINGER & SLANINA, LLC

By: _____
   David L. Finger (DE Bar ID #2556)
   One Commerce Center
   1201 Orange St., Suite 725
   Wilmington, DE 19801-1155
   (302) 884-6766

- and -

PAUL, HASTING, JANOFSKY & WALKER LLP
Jesse H. Austin, III, Esq.
Karol K. Denniston, Esq.
600 Peachtree Street, N.E., 24th Floor
Atlanta, GA 30308
404/815-2400
404/815-2424 facsimile

*Counsel For Appellant*


**SO ORDERED:**

Dated: Wilmington, Delaware
       _____, 2005

                                                _____
                                                THE HONORABLE JOSEPH J. FARNAN, JR.
                                                UNITED STATES DISTRICT COURT JUDGE

LEGAL_US_E # 70163606.1